# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, INC. )
and TIM MAK, )
                        Plaintiffs, )
)
                           v. ) Civil Action No. 1:19-cv-00017
)
UNITED STATES DEPARTMENT ) **AFFIDAVIT OF SERVICE**
OF THE TREASURY )
)
                        Defendant. )
)

STATE OF NEW YORK      )
                                 ) SS.
COUNTY OF NEW YORK   )

SCOTT BAILEY, being duly sworn, deposes and says as follows:

1. I am a paralegal with the law firm Ballard Spahr LLP. I am not a party to this action, am over 18 years of age, and reside in Essex County, New Jersey.

2. On the 7th day of January, 2019, I served a true copy of the Summons, Complaint with Exhibits 1-8, Civil Cover Sheet, Magistrate Options Form, Statement of Corporate Disclosure by National Public Radio, Inc., and the Motion of David J. Bodney to appear pro hac vice, with supporting affidavit and proposed order, by certified U.S. mail upon:

    United States Department of the Treasury
    1500 Pennsylvania Ave. NW
    Washington, DC 20220

    United States Attorney General
    c/o Justice Management Division
    950 Pennsylvania Ave. NW
    Room 1111
    Washington, DC 20530

Civil Process Clerk
United States Attorney's Office
555 4th Street NW
Washington, DC 20530

3. Attached are certified mail receipts reflecting that the packages referenced above were mailed on January 7, 2019, and USPS delivery confirmations reflecting that these packages were delivered on January 10, 2019.

_____
Scott Bailey

Subscribed and sworn to before me
this 11th day of January, 2019

_____
Notary Public

Lisamarie Appel
No. 01AP4869703
Notary Public, State of New York
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires on September 2, 20__



# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ×

**Tracking Number:** 70180360000146134918

**Expected Delivery on**

**THURSDAY**
**10** JANUARY 2019 ⓘ
by **8:00pm** ⓘ

✓ **Delivered**

January 10, 2019 at 5:53 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

See Less ∧

Feedback



# USPS Tracking®   FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70180360000146134932

Remove ✕

Expected Delivery on

**THURSDAY**
**10** JANUARY 2019 ⓘ  by **8:00pm** ⓘ

## ✓ Delivered

January 10, 2019 at 5:53 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates   ⌄

---

Tracking History   ⌄

---

Product Information   ⌄

---

See Less ⌃

Feedback



# USPS Tracking®  FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70180360000146134925    Remove ✕

Your item has been delivered to an agent at 4:06 am on January 10, 2019 in WASHINGTON, DC 20220.

## ✓ Delivered

January 10, 2019 at 4:06 am
Delivered, To Agent
WASHINGTON, DC 20220

Get Updates ∨

Feedback

---
**Text & Email Updates**  ∨

---
**Tracking History**  ∨

---
**Product Information**  ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.