UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC.<br>and TIM MAK,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT<br>OF THE TREASURY,<br><br>        Defendant. | Civil Action No. 1:19-cv-00017 |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

On February 12, 2021, Plaintiffs in this Freedom of Information Act case filed a Motion to Compel Defendant to Promptly Produce Referred Documents. ECF No. 20. Under the local rules, Defendant's opposition to that motion is currently due on February 26 and Plaintiffs' reply will be due a week after the opposition is served. The parties respectfully move to adjust the remaining briefing deadlines so that Defendants' opposition will be due on March 12 and Plaintiffs' reply will be due on March 26.

Good cause supports this Motion. Defendant is in the process of preparing a declaration to submit with its opposition to Plaintiffs' Motion and it is taking a significant amount of time to gather all of the relevant information for the declaration. In addition, the individual who will serve as the declarant has been out of the virtual office. Once drafted, the declaration will have to undergo review before it can be finalized. Defendant also must reach out to various other federal agencies to which documents have been referred to gather information and potentially obtain declarations from those other agencies. Defendant's counsel also has various other pre-existing litigation deadlines in the coming days, including a summary judgment reply due on February 26,

2021 in *ACLU v. CIA*, No. 18-2784 (DDC).  Defendant's counsel is also scheduled to begin paternity leave on March 1, and the attorney to whom this case will be re-assigned will need time to get up to speed on the case and finalize Defendant's opposition.

Counsel for Plaintiff likewise has significant briefing and other litigation deadlines the week following March 12.  In addition, given Defendants' representation about the substantial nature of the declaration or declarations it plans to submit in opposition to the motion to compel, Plaintiffs anticipate that they may need the additional week to properly prepare a reply.

Accordingly, the parties respectfully request the Court enter the scheduled proposed above for the deadlines for Defendant's opposition and Plaintiffs' reply.  A proposed Order is attached.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Acting Assistant Attorney General

        MARCIA BERMAN
        Assistant Branch Director, Federal Programs Branch

        /s/   *Joshua Kolsky*
        JOSHUA M. KOLSKY
        Trial Attorney
        D.C. Bar No. 993430
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW Washington, DC 20005
        Tel.: (202) 305-7664
        Fax: (202) 616-8470
        E-mail: joshua.kolsky@usdoj.gov

        *Attorneys for Defendant*

BALLARD SPAHR LLP

*/s/ Alia L. Smith*
Alia L. Smith (#992629)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200; Fax: (202) 661-2299
smithalia@ballardspahr.com

David J. Bodney (*pro hac vice*)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Tel: (602) 798-5400; Fax: (602) 798-5595
bodneyd@ballardspahr.com

*Attorneys for Plaintiffs*