UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, INC. and
TIM MAK,

                Plaintiffs,

     v.

UNITED STATES DEPARTMENT OF
THE TREASURY,

                Defendant.

No. 19-cv-17 (JDB)

**UNOPPOSED MOTION TO EXTEND**
**DEADLINE TO PRODUCE RECORDS**

       Defendant the United States Department of the Treasury respectfully moves for a two-week extension of time to make its next production of records in this Freedom of Information Act (FOIA) case. The production is currently due on March 14, 2021, and Defendant seeks an extension until March 28, 2021. Defendant likewise respectfully asks that subsequent deadlines, currently set for fourteen days after the end of each month, *see* Minute Order (Dec. 29, 2021), correspondingly be set for twenty-eight days after the end of each month, or on the next business day, if the twenty-eighth day is a weekend or federal holiday. Defendant's counsel conferred with Plaintiffs' counsel regarding the relief requested herein, and Plaintiffs' counsel indicated that there was no objection to the requested extension.

       This case involves multiple FOIA requests submitted by Plaintiffs to Treasury. Defendant has devoted extensive resources to reviewing records potentially responsive to Plaintiffs' requests at the rate of 3,000 pages per month, consistent with this Court's orders dated August 23, 2019 and September 24, 2019. *See* ECF No. 16; Minute Order (Sept. 24, 2019).

During the course of its review, however, Defendant discovered that the documents comprising this month's tranche are particularly complex and sensitive. For this reason, despite Defendant's best efforts, additional time will be needed to complete the review of this set of documents.

Defendant therefore respectfully requests a two-week extension of the next FOIA production deadline in this matter, and a corresponding extension of two weeks for the remainder of its production schedule.

Dated: March 10, 2021                    Respectfully submitted,

                                          BRIAN M. BOYNTON
                                          Acting Assistant Attorney General

                                          MARCIA BERMAN
                                          Assistant Branch Director
                                          Federal Programs Branch


                                           */s/ Julia A. Heiman*
                                          JOSHUA M. KOLSKY
                                          JULIA A. HEIMAN (D.C. Bar No. 986228)
                                          Federal Programs Branch
                                          U.S. Department of Justice, Civil Division
                                          1100 L Street, N.W.
                                          Washington, DC  20005
                                          Tel. (202) 616-8480 / Fax (202) 616-8470
                                          julia.heiman@usdoj.gov
                                          *Attorneys for Defendant*