UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC. and TIM MAK, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF THE TREASURY, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 1:19-cv-00017 (JDB) |

**STATUS REPORT AND MOTION TO EXTEND DEADLINE TO PRODUCE RECORDS**

In its March 31, 2021 Order, *see* ECF No. 28, the Court ordered Defendant United States Department of Treasury to produce by May 26, 2021 any records that had been subject to the submitter notice process at the time the Court issued the March 31, 2021 Order, as well as documents that had been subject to consultation for which Defendant had received responses by April 26, 2021. *See* March 31, 2021 Order at 3, 5–6. Noting that there had been eleven consultation requests outstanding at the time Treasury had submitted its March 12, 2021, declaration, the Court required Treasury to submit by May 26, 2021, as to any of those consultation requests still outstanding, a status report providing a concrete timetable for production of those records. On July 9, 2021, the Court granted Treasury's motion to extend the deadlines in the March 31 Order, until July 16, 2021. Accordingly, Treasury respectfully submits this Status Report pursuant to the Court's July 9, 2021 Order and seeks an extension of time to produce certain records.

### I. Records Subject to Submitter Notice Process

The Court's March 31, 2021 Order addressed thirteen submitter notices that Treasury had sent out at the time Treasury submitted the March 12, 2021 Declaration of Marshall H. Fields, Jr. *See* March 31, 2021 Order at 3 n.1. Treasury is today producing all reasonably segregable, non-exempt portions of those records with two exceptions. First, certain records are subject to other submitter notices or consultations with other agencies or offices, and Treasury is continuing to process those records.[1] Second, in finalizing the production, Treasury identified certain records that require additional review, in part because they relate to issues raised by other records that are still being processed.

In addition to these 13 submitter notices, Treasury subsequently sent out 12 additional submitter notices. For each of those notices, Treasury has either received a response from the submitter or the time for a response has expired. The requested timeframe for the production of the remaining records subject to the submitter notice process is discussed in Section III below.

### II. Records Subject to Consultation

The Court's March 31, 2021 Order also addressed documents subject to consultation/coordination requests. The Court noted therein eleven outstanding consultation/coordination requests, and required that Treasury "detail their status and provide a concrete timetable for processing and production" of the materials subject to those requests. March

---

[1] There is a significant degree of overlap among the records that were sent out, either as part of the submitter notice process or for consultation. In other words, in some instances, the same page was sent to multiple sources, and the responses from all those sources must be processed before the page can be released. Accordingly, some of the pages encompassed by the original 13 submitter notices are also subject to other submitter notices or consultations. Once the processing associated with those other submitter notices and consultations is complete, the reasonably segregable, non-exempt portions of the remaining pages will be released. The timeframe for the production of these remaining pages is discussed in Section III below.

31, 2021 Order at 5. For those eleven consultation/coordination requests, comprising 1,121[2] pages in total, Treasury is today producing all reasonably segregable, non-exempt portions of those records, with the exception of records that are subject to other submitter notices or consultation with other agencies or offices.

In addition to those 11 consultation/coordination requests, Treasury has also sent out additional consultation/coordination requests. In total, Treasury has sent 66 consultation/coordination requests, and Treasury has received responses to 63 of the 66 requests. During processing of the consultation/coordination requests Treasury determined certain records required further consultation/coordination, and one additional consultation/coordination request is anticipated. The details of the three outstanding requests are as follows:

On June 11, 2021, Treasury sent a consultation request, consisting of 42 pages, to the State Department. The State Department estimates responding by August 27, 2021. The State Department reports that its response has been delayed due to burdens associated with other FOIA matters, including FOIA consultation requests, and staffing changes.

On June 9, 2021, Treasury sent a consultation request, consisting of 4 pages, to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). ATF estimates responding by August 9, 2021.

On July 16, 2021, Treasury sent a consultation request, consisting of 81 pages, to another government agency which Treasury is not disclosing pursuant to 31 C.F.R. § 1.3(d)(3). That agency estimates responding by September 3, 2021.

---

[2] This set of 11 consultation requests includes a number of records that are duplicative across some of these requests because some records contain equities of more than one agency. Thus, the number of pages at issue for production is fewer than the total of 1,121 pages sent for consultation.

The timeframe for the production of the remaining records subject to the consultation/coordination process is discussed in Section III below.

### III. Production Timeframe

As discussed above, Treasury is today producing records subject to the 13 original submitter notices and records subject to the 11 consultation/coordination requests that were outstanding at the time of the Court's March 31, 2021 Order, with the exceptions noted above.[3]

Treasury is also today producing additional records beyond the 13 original submitter notices and records subject to the 11 consultation/coordination requests that were outstanding at the time of the Court's March 31, 2021 Order. In total, Treasury is producing 917 pages of records today.

The remaining records relate to subsequent submitter notices and consultation/coordination requests, as discussed above. These records consist of approximately 1,855 pages. Given the interconnected nature of the submitter notice and consultation processes, the most efficient and quickest way for Treasury to proceed is to finish processing all of the responses to the submitter notice and consultation requests (thereby integrating all outside input regarding these records), and then finalize the non-exempt records for production. Treasury estimates that it can complete this process for the remaining documents by September 16, 2021. Treasury also proposes that it make an interim production on August 16, 2021 of any records that have been fully processed by that date.

As noted above, Treasury is continuing to process certain records subject to the 13 original submitter notices and records subject to the 11 consultation/coordination requests that were

---

[3] Although Treasury is producing the records themselves today, it will take a few additional days to finalize the cover letter for the production, which will include detailed information about the various redactions and consultations with other agencies and offices.

outstanding at the time of the Court's March 31, 2021 Order. Given the close relationship between those records and the other records remaining to be processed, Treasury respectfully seeks an extension of time so that all remaining records can be processed on the same schedule. Treasury submits that it will be most efficient to process all of the documents concurrently, and Treasury cannot make final FOIA determinations on these records in isolation. Late today, Defendant's counsel asked Plaintiffs' counsel for Plaintiffs' position on the extension request. Plaintiffs' counsel will consult with Plaintiffs next week and will respond further.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs Branch

/s/   *Joshua Kolsky*
JOSHUA M. KOLSKY
Trial Attorney
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for Defendant*