IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL PUBLIC RADIO, INC.** and **TIM MAK**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE TREASURY**, <br><br> Defendant. | Civil Action No. 1:19-cv-00017 |

**JOINT STATUS REPORT**

Pursuant to the Court's October 19, 2021, Order, Plaintiffs National Public Radio, Inc. and Tim Mak (collectively "NPR") and Defendant the United States Department of the Treasury ("Treasury") hereby submit this Joint Status Report in this Freedom of Information Act case.

This matter involves litigation over FOIA requests that NPR submitted to Treasury in 2018, over which it filed suit on January 3, 2019. On September 16, 2021, Treasury completed production of non-exempt documents responsive to those requests, as narrowed and prioritized by NPR. NPR does not intend to request production of the "non-narrowed" or "non-prioritized" documents. It likewise does not intend to challenge Treasury's redactions and/or withholding of certain information pursuant to various FOIA exemptions. As a result, the only remaining issues in the litigation are whether NPR is eligible for and entitled to recover attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E) and the amount of any such fees and costs. The parties are currently attempting to resolve this matter without the need for Court intervention. The parties propose to file another joint status report by January 4, 2022, if this matter remains pending on that date.

Dated: November 2, 2021

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Alia L. Smith*
Alia L. Smith (#992629)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200; Fax: (202) 661-2299
smithalia@ballardspahr.com

David J. Bodney
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Tel: (602) 798-5400; Fax: (602) 798-5595
bodneyd@ballardspahr.com

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs Branch

*/s/ Joshua M. Kolsky*
Joshua M. Kolsky (#993430)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664; Fax: (202) 616-8470
joshua.kolsky@usdoj.gov

*Attorneys for Defendant*