# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL PUBLIC RADIO, INC.** and **TIM MAK**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE TREASURY**, <br><br> Defendant. | Civil Action No. 1:19-cv-00017 |

## JOINT STATUS REPORT

Pursuant to the Court's November 2, 2021, Order, Plaintiffs National Public Radio, Inc. and Tim Mak (collectively "NPR") and Defendant the United States Department of the Treasury ("Treasury") hereby submit this Joint Status Report in this Freedom of Information Act case.

The parties reported previously that they have resolved the issues in this litigation except for the issue of attorney's fees. Since the last status report, the parties have reached agreement on the principles of a settlement that, subject to formal approval, will resolve the issue of attorney's fees. The parties now need additional time to draft the appropriate documentation that reflects their agreement and seek formal approval of the settlement within the Department of Justice. The parties propose to file another joint status report by January 31, 2022, if this matter remains pending on that date.


Dated: January 4, 2022            Respectfully submitted,

                                                                BALLARD SPAHR LLP

                                                               */s/ Alia L. Smith*
                                                               Alia L. Smith (#992629)

1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200; Fax: (202) 661-2299
smithalia@ballardspahr.com

David J. Bodney
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Tel: (602) 798-5400; Fax: (602) 798-5595
bodneyd@ballardspahr.com

*Attorneys for Plaintiffs*


BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs Branch

/s/ Joshua M. Kolsky
Joshua M. Kolsky (#993430)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664; Fax: (202) 616-8470
joshua.kolsky@usdoj.gov

*Attorneys for Defendant*