IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL PUBLIC RADIO, INC.** <br> **and TIM MAK**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES DEPARTMENT** <br> **OF THE TREASURY**, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:19-cv-00017 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 4, 2022, Order, Plaintiffs National Public Radio, Inc. and Tim Mak (collectively "NPR") and Defendant the United States Department of the Treasury ("Treasury") hereby submit this Joint Status Report in this Freedom of Information Act case.

The parties reported previously that they have reached agreement on the principles of a settlement that, subject to formal approval, will resolve the remaining issues in this case. Since then, the parties have exchanged drafts of a written settlement agreement. The parties now need additional time to finalize the written settlement agreement and seek formal approval of the settlement within the Department of Justice. The parties propose to file another joint status report by February 28, 2022, if this matter remains pending on that date.

Dated: January 31, 2022         Respectfully submitted,

                                BALLARD SPAHR LLP

                                */s/ Alia L. Smith*
                                Alia L. Smith (#992629)
                                1909 K Street, NW, 12th Floor
                                Washington, DC 20006

Tel: (202) 661-2200; Fax: (202) 661-2299
smithalia@ballardspahr.com

David J. Bodney
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Tel: (602) 798-5400; Fax: (602) 798-5595
bodneyd@ballardspahr.com

*Attorneys for Plaintiffs*


BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs Branch

/s/ Joshua M. Kolsky
Joshua M. Kolsky (#993430)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664; Fax: (202) 616-8470
joshua.kolsky@usdoj.gov

*Attorneys for Defendant*