IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC.<br>and TIM MAK,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT<br>OF THE TREASURY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:19-cv-00017 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant hereby stipulate to the dismissal of this case with prejudice.

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Alia L. Smith*
Alia L. Smith (#992629)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200; Fax: (202) 661-2299
smithalia@ballardspahr.com

David J. Bodney
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Tel: (602) 798-5400; Fax: (602) 798-5595
bodneyd@ballardspahr.com

*Attorneys for Plaintiffs*


BRIAN M. BOYNTON
Acting Assistant Attorney General

2

MARCIA BERMAN
Assistant Branch Director, Federal Programs Branch

<u>/s/ Joshua M. Kolsky</u>
Joshua M. Kolsky (#993430)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664; Fax: (202) 616-8470
joshua.kolsky@usdoj.gov

*Attorneys for Defendant*